# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK S. SPENCER

NO. 2024 KW 1322

**MARCH 14, 2025**

In Re: Patrick S. Spencer, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 17-CR10-134103.

BEFORE: THERIOT, HESTER, AND EDWARDS, JJ.

**WRIT DENIED.**

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT